

**NORTH CAROLINA WESTERN**

MEMORANDUM

**Date:** 12/20/2018

**To:** The Honorable Robert J. Conrad, Jr.
United States District Judge

**From:** William Kozlowski
United States Probation Officer

**Subject:** Jakari Rutledge
Dkt. No. 3:14-CR-00017-015
REQUEST TO DESTROY SEIZED PROPERTY

---

On 11/25/2014, the defendant was sentenced pursuant to a conviction for Conspiracy to Commit Mail Fraud. He was ordered to serve 12 months' and 1-day imprisonment, followed by two (2) years of supervised release. His term of supervised release commenced on 5/28/2015. The following property was seized from the defendant during his supervision term: 1) A cellphone; Samsung Galaxy. These items were seized from the defendant's residence on 12/16/2015. His term of supervised release was revoked on 6/14/2016, and he was ordered to serve 24 months' imprisonment with 1 year of supervised release to follow. The listed item was used in the furtherance of the defendant's criminal conduct while serving his term of supervised release. It is respectfully requested that Your Honor authorize destruction of the aforementioned items.

Thank you for your time and attention to this matter. Please do not hesitate to contact me at 704-350-7621, should you have any questions.

THE COURT ORDERS:

X Destroy Seized Property as Requested

☐ Do Not Destroy Seized Property

☐ Return Seized Property to the Defendant

_____     _____

Signed: December 20, 2018

*[signature]*

Robert J. Conrad, Jr.
United States District Judge